# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:09-cr-00280 |
| v. ) | |
| ) | Judge Nixon |
| TIERRA YOUNG a/k/a "Rella," et al. ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 86) ("Motion") in the above-styled action. The Government explains that two of the defendants in this matter, Tierra Young and Lasondra Dowell, are being prosecuted in Case No. 3:09-cr-00240 for the charges contained in the Indictment in this case. *Id.* at 1. The other defendant, Lachaunti Williams, is also being charged with more serious crimes in Case No. 3:09-cr-00240, which will incorporate evidence underlying the ammunition charge that was presented in the Indictment here. *Id.*

The Court agrees with the Government that dismissal of this Indictment is in the interest of both justice and the conservation of judicial resources. The Court hereby **GRANTS** the Motion, and the Indictment is **DISMISSED**.

It is so ORDERED.

Entered this the 11th day of January, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT